# Notice Recipients

District/Off: 0207–1   User: admin   Date Created: 05/06/2015
Case: 1–15–40342–ess   Form ID: 262   Total: 39

**Recipients of Notice of Electronic Filing:**
tr    Alan Nisselson    anisselson@windelsmarx.com
aty   Kevin B Zazzera   kzazz007@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Catherine V Selfridge | 337 Stanley Ave | Staten Island, NY 10301 | | |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | NYC Department of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs – Devora Cohn | Brooklyn, NY 11201 | |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office) | U.S. Federal Office Building | 201 Varick Street, Suite 1006 | New York, NY 10014 |
| 8497027 | AMCA | P O Box 1235 | Elmsford, NY 10523 | | |
| 8497028 | Berks Credit & Coll | 900 Corporate Dr | Reading, PA 19605 | | |
| 8497029 | Cbe Group | 1309 Technology Pkwy | Cedar Falls, IA 50613 | | |
| 8497030 | Comenity Bank/womnwthn | Po Box 182789 | Columbus, OH 43218 | | |
| 8497031 | Credit Coll | Po Box 9134 | Needham, MA 02494 | | |
| 8497032 | Credit Collection Services | Two Wells Ave | Newton, MA 02459 | | |
| 8497033 | DirectTV | Po Box 178626 | Phoenix, AZ 85062 | | |
| 8497034 | GMAC | P O Box 380903 | Bloomington, MN 55438 | | |
| 8497035 | Kay Jewelers | P.O. Box 740425 | Cincinnati, OH 45274 | | |
| 8497036 | Kohls/capone | N56 W 17000 Ridgewood Dr | Menomonee Falls, WI 53051 | | |
| 8497037 | Liezl Villaverde, MD | 105 Byrne Ave | Staten Island, NY 10314 | | |
| 8497038 | National Recovery Agen | 2491 Paxton St | Harrisburg, PA 17111 | | |
| 8497039 | Pavlides & Benson OB/GYN | 2 Teleport Drive #207 | Staten Island, NY 10311 | | |
| 8497040 | Pediatric Eyecare Of SI | 2504 Richmond Road | Staten Island, NY 10301 | | |
| 8497041 | Physicians Of University Hospital | One Edgewatter Sttreet, 6th Floor | Staten Island, NY 10305 | | |
| 8497042 | Pinnacle Credit Service | 7900 Highway 7 #100 | St Louis Park, MA 55426 | | |
| 8497043 | Portfolio Recovery Ass | 120 Corporate Blvd Ste 1 | Norfolk, VA 23502 | | |
| 8497044 | Quest Diagnostics | P O Box 740985 | Cincinnati, OH 45274 | | |
| 8497047 | RMA Of New Jersey | 140 Allen Road | Basking Ridge, NJ 07920 | | |
| 8497048 | RTR Financial Services | 2 Teleport Drive, Ste 302 | Staten Island, NY 10311 | | |
| 8497045 | Regional Claims Recovery Service | P O Box 417460 | Boston, MA 02241 | | |
| 8497046 | Regional Imaging & Therap. Radiology Svs | P O Box 371493 | Pittsburgh, PA 15250 | | |
| 8497049 | Seaview Anesrhia Group PC | P O Box 5807 | New York, NY 10087 | | |
| 8497050 | Seaview Anesthesia Group | P O BOX 5807 | NEW YORK, NY 10087 | | |
| 8497051 | Staten Island University Hospital | P O Box 29772 | New York, NY 10087 | | |
| 8497052 | Target Card Services | P O Box 660170 | Dallas, TX 75266 | | |
| 8497053 | Transworld Sys Inc/99 | Pob 15636 | Wilmington, DE 19850 | | |
| 8497054 | Transworld Systems Inc | 507 Prudential Road | Horsham, PA 19044 | | |
| 8497055 | United Medical Surgical | Po Box 9112 | Uniondale, NY 11555 | | |
| 8497056 | Wells Fargo Hm Mortgag | 8480 Stagecoach Cir | Frederick, MD 21701 | | |
| 8497057 | William Hecht, PC | 901 North Broadway, Ste 3B | White Plians, NY 10603 | | |
| 8497058 | Willliam A Hecht, PC | 901 N. Broadway, Ste 3B | White Plains, NY 10603 | | |

TOTAL: 37